AO 106 (Rev. 01/09) Application for a Search Warrant

SEALED

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

APR 22 2015

JULIA C. DUDLEY, CLERK
BY: /s/ A. Blaylock
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
718 Oakview Avenue )
Apt. A9 )
Bristol, VA )

Case No. 1:15mj56

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the ____Western____ District of ____Virginia____ *(identify the person or describe property to be searched and give its location):* 718 Oakview Avenue, Apt. A9, Bristol, VA (to include the apartment, persons present, and vehicles in the vicinity of the apartment provided the keys to or operators of said vehicles are located in the apartment). Attachment A consists of a photograph of the apartment.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*  See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ___21___ U.S.C. § _846/841(a)(1)_ , and the application is based on these facts:  See Attachment C                                      and/or 841(a)(1)

☑ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*/s/ Brian Snedeker*
Applicant's signature

Brian Snedeker, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 4/22/15

*/s/ Pamela Meade Sargent*
Judge's signature

City and state: Abingdon, Virginia

Pamela Meade Sargent, USMJ
Printed name and title

Case 1:15-mj-00056-PMS   Document 1   Filed 04/22/15   Page 1 of 14   Pageid#: 1

# ATTACHMENT A



718 Oakview Avenue, Apt. A9, Bristol, VA

## ATTACHMENT B

1. Methamphetamine laboratory precursors, chemicals, and equipment (and original packaging of said precursors, chemicals, and equipment) including the following: pseudoephedrine, red phosphorus (e.g. powder, matchbook striker plates), iodine (e.g. tincture, crystals etc.), ammonium nitrate (e.g. instant cold packs), lithium (e.g. batteries containing lithium) sodium hydroxide (e.g. Red Devil Lye), methyl alcohol/ethanol (e.g. Heet – fuel line antifreeze), petroleum ether/petroleum naphtha/white gas (e.g. Coleman Fuel), acetone, rubbing alcohol, hydrogen peroxide, muriatic acid, sulfuric acid, table salt, aluminum foil, distilled water, glass mason jars, plastic bottles/food storage containers, plastic tubing, electrical tape and/or duct tape, coffee filters, pipe cutters (used to cut open lithium batteries), electric hot plates/electric skillets, frying pans, razor blades, digital scales, PH test strips or electronic PH testers, funnels, and stirring utensils.

2. Unidentified powders (processed/semi-processed precursors, chemicals).

3. Glass jars and plastic bottles/storage containers filled with unidentified liquids or sludges (processed/semi-processed precursors and other unidentified mixtures related to the manufacturing of methamphetamine)

4. Devices used to communicate with methamphetamine manufacturing co-conspirators including cellular telephones and two-way radios; electronic equipment used for counter-surveillance to include scanners, anti-bugging devices, and video surveillance cameras.

5. Firearms, including but not limited to handguns, rifles, and shotguns that are commonly used by individuals to protect clandestine methamphetamine manufacturing related operations and controlled substances.

6. Books, receipts, ledgers, notes, and videos pertaining to the illicit manufacturing of methamphetamine and the purchasing, transporting, trading, and preparation of methamphetamine precursors, chemicals, and equipment.

7. Messages/letters, telephone numbers, and addresses relating to the illicit manufacturing of methamphetamine and the purchasing, transporting, trading, and preparation of methamphetamine precursors, chemicals, and equipment. These messages/letters, telephone numbers, and addresses may be written on personal calendars, personal address and /or telephone books, Rolodex type indices, notebooks, loose pieces of paper, and found in mail.

8. Photographs and videos depicting persons involved with/engaged in the manufacturing/use of methamphetamine and/or the purchasing, preparing, and storing of methamphetamine laboratory precursors, chemicals, and equipment.

ATTACHMENT B (Continued)

9. Items or articles of personal property tending to show ownership, dominion, or control of the premises/property/vehicles. Such items or articles include (but are not limited to) personal identification, personal correspondence, diaries, checkbooks, notes, photographs (including digital), keys, receipts, personal telephone and address books, videos, and motor vehicle related documents (titles/registrations).

10. Items listed in Paragraphs 6 through 9 may be stored in digital media. Therefore, digital media (including but not limited to computers/computer hard drives, floppy disks, CD's, flash/jump drives, personal digital assistants (PDA's), cellular telephones, digital cameras, iPODs, iPADs, etc.) are to be seized and examined for the items listed in Paragraphs 6 through 9.

ATTACHMENT C

AFFIDAVIT of
Special Agent Brian Snedeker
Drug Enforcement Administration
Bristol, Virginia

1. I, Special Agent Brian Snedeker, being duly sworn hereby depose and say:

2. The purpose of this application and affidavit is to secure a search warrant for the premises known as 718 Oakview Avenue, Apt. A9, Bristol, VA. This affiant, after obtaining and reviewing information, believes there is evidence of conspiracy to manufacture methamphetamine and/or manufacturing methamphetamine at 718 Oakview Avenue, Apt. A9, Bristol, VA in violation of 21 USC 846/841(a)(1) and 841(a)(1).

3. I am a Special Agent with the Drug Enforcement Administration (DEA) and have been so employed for approximately (23) years. During my employment I have received comprehensive classroom training from the Drug Enforcement Administration in specialized narcotic investigative matters including but not limited to drug interdiction, drug detection, money laundering techniques and schemes, smuggling, and the investigation of individuals and organizations involving the smuggling, cultivation, manufacturing, and illicit trafficking of controlled substances and controlled substance precursors. I am a graduate of both the DEA's Clandestine Laboratory Investigation/Safety Certification Program and the DEA's Clandestine Laboratory Site Safety Officer School. I have participated in the execution of more than (300) narcotics related search warrants and the seizure and dismantling of more than (200) clandestine methamphetamine laboratories. I have testified as an expert on multiple occasions in Federal Court and State Court regarding the clandestine manufacturing of methamphetamine.

4. The facts set forth in this affidavit are known to me as a result of my personal participation and information provided to this affiant by another law enforcement officer.

5. The manufacturing of methamphetamine (a Schedule II Controlled Substance) can be completed via a number of recipes including the red phosphorus/iodine method and the ammonium nitrate/lithium metal (i.e. "shake and bake") method. These two techniques are the ones most commonly used at methamphetamine laboratories seized by law enforcement in the Western District of Virginia. Methamphetamine manufacturers often experiment with recipes and do not necessarily limit themselves to one given method of production. Methamphetamine manufacturers utilizing either of the aforementioned methods require pseudoephedrine/ephedrine (obtained through the processing of cold/allergy pills, tablets, gelcaps, and liquids containing pseudoephedrine or ephedrine). Manufacturers utilizing the red phosphorus/iodine method also require red phosphorus (commonly acquired by removing the red phosphorus from matchbook striker plates) and iodine crystals (commonly acquired by processing any liquid containing iodine/iodide), while manufacturers utilizing the ammonium nitrate/lithium metal method require ammonium nitrate (found in instant

cold packs) and lithium metal (found in lithium batteries). Other chemicals/ingredients commonly used by methamphetamine manufacturers include sodium hydroxide (e.g. Red Devil Lye), methyl alcohol/ethanol (e.g. Heet – fuel line antifreeze), petroleum ether/petroleum naphtha/white gas (e.g. Coleman Fuel), acetone, rubbing alcohol, hydrogen peroxide, muriatic acid, sulfuric acid, table salt, aluminum foil, and distilled water. Equipment/tools commonly used during the manufacturing of methamphetamine include glass mason jars, plastic bottles/food storage containers, plastic tubing, electrical tape and/or duct tape, coffee filters, pipe cutters (often used to open lithium batteries), electric hot plates/electric skillets, frying pans, razor blades, digital scales, PH test strips or electronic PH testers, funnels, and stirring utensils.

6. Individuals who manufacture methamphetamine usually use and sell/trade the methamphetamine they manufacture. These manufacturers routinely have other persons (hereafter referred to as "shoppers") assist them in the purchasing of precursors, chemicals, and equipment/supplies needed to manufacture methamphetamine. Manufacturers will regularly pay shoppers in methamphetamine (to use and sell) and/or cash for their assistance.

7. This affiant recently reviewed pseudoephedrine sales data provided by a number of retailers (as required under The Combat Methamphetamine Epidemic Act of 2005) and noted the following information (not all inclusive) regarding Shana Castillo, Travis Felty (Castillo's paramour and co-habitant), and Rita Felty (Travis Felty's mother):

- On 04-24-2014, Castillo purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 04-25-2014, Travis Felty purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 05-14-2014, Castillo purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 05-17-2014, Travis Felty purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 05-22-2014, Rita Felty purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 05-23-2014, Castillo purchased a (6) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 05-30-2014, Travis Felty purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 06-06-2014, Castillo purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 06-11-2014, Travis Felty purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 06-17-2014, Castillo purchased a (6) day supply of pseudoephedrine at a pharmacy in Bristol, TN.

- On 06-19-2014, Travis Felty purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 06-23-2014, Rita Felty purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 06-27-2014, Travis Felty attempted to purchase a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 07-01-2014, Castillo purchased a (5) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 07-02-2014, Rita Felty purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 07-10-2014, Travis Felty purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 07-15-2014, Castillo purchased a (15) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 07-16-2014, Travis Felty purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 07-24-2014, Travis Felty purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 07-28-2014, Castillo purchased a (15) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 08-09-2014, Castillo and Travis Felty each purchased (10) day supplies of pseudoephedrine within (12) minutes of each other at the same pharmacy in Bristol, VA.

- On 08-11-2014, Travis Felty attempted to purchase a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 08-14-2014, Castillo purchased a (3) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 08-16-2014, Rita Felty purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 08-23-2014, Castillo purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 08-24-2014, Travis Felty purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 09-01-2014, Travis Felty purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 09-04-2014, Rita Felty purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 09-14-2014, Travis Felty attempted to purchase a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA. Within (45) minutes of Felty's attempted purchase, Castillo purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 09-20-2014, Castillo purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 09-25-2014, Travis Felty purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 09-27-2014, Castillo purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 09-30-2014, Travis Felty purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 10-01-2014, Rita Felty purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 10-02-2014, Castillo attempted to purchase a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 10-05-2014, Travis Felty purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 10-07-2014, Castillo attempted to purchase a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA. Castillo then purchased a (5) day supply of pseudoephedrine at the same pharmacy in Bristol, VA.

- On 10-10-2014, Rita Felty purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 10-12-2014, Travis Felty purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 10-19-2014, Castillo purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 10-22-2014, Castillo purchased a (5) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 10-24-2014, Travis Felty attempted to purchase a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 10-25-2014, Rita Felty purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 11-01-2014, Castillo and Rita Felty each purchased (10) day supplies of pseudoephedrine within (30) minutes of each other at the same pharmacy in Bristol, VA.

- On 11-07-2014, Castillo purchased a (3) day supply of pseudoephedrine at a pharmacy in Bristol, VA. On this same date, Travis Felty purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 11-11-2014, Castillo attempted to purchase a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA. Within (20) minutes of Castillo's attempted purchase, Rita Felty purchased a (10) day supply of pseudoephedrine at the same pharmacy in Bristol, VA.

- On 11-19-2014, Travis Felty purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 11-21-2014, Castillo purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 12-01-2014, Castillo and Rita Felty each purchased (10) day supplies of pseudoephedrine within (12) minutes of each other at the same pharmacy in Bristol, VA.

- On 12-08-2014, Castillo purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 12-13-2014, Castillo attempted to purchase a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA. Castillo then purchased a (5) day supply of pseudoephedrine at another pharmacy in Bristol, VA. Rita Felty purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA on this same date.

- On 12-24-2014, Rita Felty purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 12-30-2014, Castillo purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 01-04-2015, Castillo purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 01-05-2015, Rita Felty purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 01-11-2015, Castillo purchased a (5) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 01-19-2015, Castillo purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 01-23-2015, Castillo attempted to purchase a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA. Travis Felty purchased a (10) day supply of pseudoephedrine on this same date at a pharmacy in Bristol, VA.

- On 01-24-2015, Travis Felty purchased a (15) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 01-28-2015, Castillo attempted to purchase a (10) day supplies of pseudoephedrine at two (2) pharmacies in Bristol, VA.

- On 02-02-2015, Castillo purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 02-04-2015, Travis Felty purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 02-10-2015, Castillo purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 02-11-2015, Travis Felty attempted to purchase a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA. Rita Felty purchased a (10) day supply of pseudoephedrine on this same date at the same pharmacy in Bristol, VA.

- On 02-13-2015, Castillo and Travis Felty each attempted to purchase (10) day supplies of pseudoephedrine within (13) minutes of each other at the same pharmacy in Bristol, VA.

- On 02-14-2015, Castillo purchased a (5) day supply of pseudoephedrine at a pharmacy in Bristol, VA. Travis Felty attempted to purchase a (5) day supply of pseudoephedrine within (5) minutes of Castillo's purchase at the same pharmacy in Bristol, VA.

- On 02-15-2015, Travis Felty attempted to purchase a (12) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 02-16-2015, Travis Felty attempted to purchase a (5) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 02-17-2015, Castillo attempted to purchase a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA. Rita Felty purchased a (10) day supply of pseudoephedrine within (5) minutes of Castillo's attempted purchase at the same pharmacy in Bristol, VA.

- On 02-20-2015, Castillo purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 02-22-2015, Travis Felty attempted to purchase a (15) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 02-23-2015, Castillo attempted to purchase a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 02-26-2015, Rita Felty purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 02-28-2015, Castillo attempted to purchase a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA. Travis Felty purchased a (10) day supply of pseudoephedrine on this same date at a pharmacy in Bristol, VA.

- On 03-01-2015, Castillo attempted to purchase a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 03-03-2015, Castillo attempted to purchase a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 03-06-2015, Travis Felty purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 03-15-2015, Castillo purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 03-18-2015, Castillo purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 03-24-2015, Castillo purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 03-22-2015, Travis Felty purchased a (6) day supply of pseudoephedrine at a pharmacy in Bristol, TN.

- On 03-29-2015, Travis Felty purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 04-01-2015, Castillo attempted to purchase a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

- On 04-11-2015, Castillo attempted to purchase a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA. Rita Felty purchased a (10) day supply of pseudoephedrine within (17) minutes of Castillo's attempted purchase at the same pharmacy in Bristol, VA.

- On 04-12-2015, Castillo attempted to purchase a (10) day supply of pseudoephedrine at one pharmacy in Bristol, VA and then attempted to purchase a (5) day supply of pseudoephedrine at another pharmacy in Bristol, VA.

- On 04-21-2015, Castillo purchased a (10) day supply of pseudoephedrine at a pharmacy in Bristol, VA.

8. Pseudoephedrine comes in tablet, gelcap, and liquid form. Pseudoephedrine is a key precursor to the manufacturing of methamphetamine. During the last several years, this affiant has routinely found and seized (via search warrants and consent searches initiated pursuant to individuals purchasing/attempting to purchase excessive and/or unusually large amounts of pseudoephedrine) pseudoephedrine in the above listed forms at clandestine methamphetamine laboratory sites and methamphetamine precursor preparation sites. This affiant has also routinely found and seized pseudoephedrine at the aforementioned sites in powder form or mixed with a liquid (often resulting in the appearance of a sludge at the bottom of the liquid) and other ingredients. This affiant has encountered and seized the powder/liquid/sludge forms of pseudoephedrine wrapped in coffee filters, paper towels, and stored in a variety of glass and plastic containers at methamphetamine laboratory/precursor preparation sites days, weeks, and even months after the original form of the pseudoephedrine product was altered during its preparation for and/or use in methamphetamine manufacturing).

9. Shana Castillo is an admitted methamphetamine user. A review by this affiant of Castillo's criminal history revealed her multiple 2007 convictions for possession of Controlled Substances (not marijuana). A review of Travis Felty's criminal history revealed his 2005 arrest for possession of methamphetamine. Felty received deferred adjudication and the charges were dismissed in 2008 following Felty's successful completion of the First Offender Program.

10. During April 2015, a reliable confidential source advised law enforcement that Shana Castillo and Travis Felty are manufacturing methamphetamine at their residence located at Apartment A9 in Johnson Court, Bristol, VA [718 Oakview Avenue, Apt. A9, Bristol, VA). The confidential source has successfully performed a controlled purchase (monitored, recorded, and surveilled by law enforcement) of methamphetamine for law enforcement.

11. During April 2015, a controlled purchase of methamphetamine was made from a subject who traveled to and from 718 Oakview Avenue, Apt. A9, Bristol, VA during the course of the transaction and prior to the actual sale of methamphetamine to a confidential source.

12. This affiant is aware based on his training, experience, and conversations with other law enforcement officers that individuals who illegally manufacture methamphetamine and/or conspire to do so typically maintain methamphetamine manufacturing precursors/chemicals/equipment (as described in paragraph #5 above) along with receipts / notes / records / telephone numbers (as they pertain to manufacturing/conspiracy to manufacture), and other items as listed and explained on Attachment B (of the Application and Affidavit for Search Warrant to which this affidavit is attached) on their persons, inside their residences, garages,

outbuildings/barns, campers, vehicles (or the vehicles they operate), and inside of vehicles registered to other persons when those vehicles are parked at or in the vicinity of the manufacturer's/conspirator's residence/property.

13. Individuals who manufacture methamphetamine and/or conspire to do so routinely have persons who are methamphetamine users and/or additional co-conspirators (i.e. shoppers) present at their residences/properties. These users/co-conspirators often illegally possess methamphetamine and methamphetamine use paraphernalia and routinely possess notes, stored telephone numbers, and messages pertaining to their relationships with methamphetamine manufacturers / manufacturing co-conspirators. These users/co-conspirators are oftentimes in possession of other items as listed and explained on Attachment B (of the Application and Affidavit for Search Warrant to which this affidavit is attached) and possess these items on their persons and in their vehicles (or the vehicles they operate) which are oftentimes parked at or in the vicinity of the drug manufacturer's/co-conspirator's residences/properties.

14. The clandestine manufacturing of methamphetamine is an extremely dangerous process that involves the use of toxic, flammable, explosive, and incompatible chemicals. Explosions, fires, and toxic gasses generally pose the greatest threats to law enforcement officers executing search warrants at methamphetamine manufacturing sites. It is not uncommon for methamphetamine manufacturers to panic when they become aware of a law enforcement presence at a methamphetamine manufacturing site. As a result of their panic, methamphetamine manufacturers have been known to attempt to dispose of evidence of their manufacturing by throwing/pouring chemicals into toilets, bathtubs, and sinks before law enforcement can gain entry and secure the premises. The pouring/mixing of the various chemicals during the attempted disposal creates an increased risk of explosion, fire, and toxic gas exposure due to the nature of the chemicals involved. This affiant believes that the above presents reasonable suspicion that knocking and announcing the presence of law enforcement officers at the time of the execution of this search warrant would prove dangerous to the law enforcement officers involved in the execution of the search warrant.

15. Shana Castillo's and Travis Felty's known residence is 718 Oakview Avenue, Apt. A9, Bristol, VA.

16. Based upon the facts set forth above, I believe that there is probable cause for the issuance of a search warrant for the premises known as 718 Oakview Avenue, Apt. A9, Bristol, VA (located within the Western District of Virginia) as there is probable cause to believe that there is evidence of a violation of 21 USC 846/841(a)(1) and/or 841(a)(1) at said premises.

_____  4-22-2015
Brian Snedeker, Special Agent (DEA)     Date

Subscribed and sworn to before me, this the 22nd day of April 2015
in Abingdon, Virginia.

_____
Pamela Meade Sargent
United States Magistrate Judge
Western District of Virginia